JOHN C. WILMERDING et al., Respondents, *v.* POSTAL TELE-
GRAPH-CABLE COMPANY, Appellant.

*Wilmerding* v. *Postal Telegraph-Cable Co.,* 118 App. Div. 685, affirmed.
(Argued May 29, 1908; decided June 12, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1907, affirming a judgment in favor of plaintiffs entered

upon a decision of the court at a Trial Term without a jury in an action to recover money had and received.

*Edmund L. Mooney* and *William W. Cook* for appellant.

*Edwin Blumenstiel* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.